# First District Court of Appeal
## State of Florida

_____

No. 1D2022-1361
_____

Miller Pipeline - Minnesota
LTD and Zurich North
America,

    Appellants,

    v.

Richard Colon,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident: February 13, 2020.

December 12, 2023

Per Curiam.

    Affirmed.

Lewis, M.K. Thomas, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert B. Griffis of Jones, Hurley & Hand, P.A., Maitland, for Appellants.

Michael J. Winer of Winer Law Group, Tampa, and Kenneth B. Schwartz of Winer Law Group, Fort Lauderdale, for Appellee.